PROB. 35
(Rev. 7/04)

Report and Order Terminating Probation/Supervised
Release Prior to Original Expiration Date

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA

v.

Docket # 8:99CR233

Andrew L. Chapman

On July 5, 2000, Andrew Chapman was sentenced to 108 months custody, to be followed by 48 months supervised release. The sentence was reduced to 50 months custody on March 22, 2001. The period of supervised release commenced November 14, 2003. Andrew Chapman has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that Andrew Chapman be discharged from supervision.

Respectfully submitted,

John A. Hill, Supervising
U.S. Probation Officer

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the probationer/supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this 18th day of February, 2007.

The Honorable Lyle E. Strom
United States Senior District Judge